UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE LUIS VILLANUEVA
RODRIGUEZ,

    Plaintiff,

Case No. 1:12-cv-1037

HON. JANET T. NEFF

v.

MATTHEW PUTRA, et al.,

    Defendants.

_____/

## ORDER

This is a civil action. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 3, 2013, recommending that this matter be dismissed pursuant to Fed. R. Civ. P. 41(b) and W.D.Mich. L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of this Court. The Report and Recommendation was duly served on the parties. The copy of the Report and Recommendation mailed to Plaintiff on January 4, 2013 was returned to the Court on January 11, 2013 marked, "inmate released," and "return to sender" (Dkt 10). No objections to the Report and Recommendation have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 7) is APPROVED and ADOPTED as the Opinion of the Court.

A Judgment will be entered consistent with this Order.

Dated: January 28, 2013                    /s/ Janet T. Neff
                                                          JANET T. NEFF
                                                          United States District Judge